UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ELLEN MAE BURTON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:13-CV-41 |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated on the record rendering a decision on Defendant's Motion for Summary Judgment, Plaintiff Ellen Burton shall taking nothing on her Title VII race discrimination claim against Defendant Texas Department of Criminal Justice. For the reasons stated on the record, Plaintiff's state law retaliation claim is dismissed without prejudice. All costs of court are taxed against the party incurring the same. This is a final judgment.

It is so **ORDERED**.

**SIGNED** this 6th day of May, 2014.

_____
Gregg Costa
United States District Judge